**Appeal Dismissed and Memorandum Opinion filed April 28, 2020.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-19-00697-CR

**SANDRA KAY SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## On Appeal from County Court at Law No. 1 & Probate Court
### Brazoria County, Texas
### Trial Court Cause No. 241480

## MEMORANDUM OPINION

Appellant entered a plea of no contest to speeding and failure to maintain financial responsibility in exchange for dismissal of the charge of expired registration. In accordance with the terms of the agreement, the court dismissed the expired-registration charge.[1] We dismiss the appeal.

---

[1] The charge of failure to maintain financial responsibility was to be dismissed upon proof of insurance, which appellant did not provide to the municipal court.

The trial court signed a certification of the defendant's right to appeal in which the court certified the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

On February 26, 2020, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)